UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL W. BRAMKAMP,

         Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

         Defendant.

CASE NO. 13-cv-05851 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2) The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed.

(3) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 11th day of July, 2014.

                                                  */s/ Ronald B. Leighton*
                                                  RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE